NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Healthcare Ally Management of California, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UnitedHealthcare, Inc., and DOES 1-100,<br><br>　　　　　Defendants. | Case No. 2:19-cv-02487 ODW (MAAx)<br><br>**ORDER GRANTING STIPULATION TO REMAND AND REMANDING ACTION TO STATE COURT; AND DENYING AS MOOT PLAINTIFF'S MOTION TO REMAND [12]**<br><br>(Superior Court of the State of California, County of Los Angeles, Case Number: 19SMCV00258)<br><br>Complaint Filed: February 8, 2019 |

The parties' stipulation to remand this action to state court is hereby **GRANTED**. (ECF No. 13.) The Motion to Remand set for hearing on June 17, 2019, is **DENIED AS MOOT**. (ECF No. 12.) This matter is hereby remanded to the Superior Court of the State of California, County of Los Angeles, Santa Monica Courthouse, 1725 Main Street, Santa Monica, California, 90401, Case Number: 19SMCV00258, without costs or attorneys' fees to any party. No further pleadings shall be due or filed in this Court.

**IT IS SO ORDERED.**

Dated: May 29, 2019

Honorable Otis D. Wright
United States District Judge